UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBIN DOLGIN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:12CV01793 ERW |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
|    Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the Parties' Joint Motion for Additional Time in Which to File Closing Documents [ECF No. 43].

The Court has ordered the Parties to file a stipulation for dismissal, motion for leave to voluntarily dismiss, or proposed consent judgment by December 23, 2013.  The Parties now jointly move for an additional two weeks to make such filing.  The Court will grant the Parties' Joint Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion for Additional Time in Which to File Closing Documents [ECF No. 43] is **GRANTED.**

**IT IS FURTHER ORDERED** that the Parties shall file, no later than January 6, 2014, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.

Dated this  23rd  day of December, 2013.

_E. Richard Webber_
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE