IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBIN DOLGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:12-cv-1793-ERW |
| | ) |
| MONSANTO COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON JOINT MOTION FOR FINAL SETTLEMENT APPROVAL AND PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES**

This matter comes before the Court on the Parties' Joint Motion for Final Settlement Approval and Plaintiff's Unopposed Motion for Attorneys' Fees. The Court had previously granted preliminary approval of the parties' settlement agreement in this case and had authorized notice to be sent to potentially impacted class members. That notice gave interested persons until April 17, 2014, to object to the settlement. No objections were filed. Given that no objections were filed, and following a hearing on the Motions held in Court on May 7, 2014, the Court finds as follows:

1.  Final approval of the parties' settlement, under the terms and conditions set forth in the parties' settlement agreement previously filed under seal with the Court, is hereby GRANTED. The Court finds that a class should be certified for settlement purposes only consisting of the persons who have opted to participate in the settlement. The Court further finds that the parties' settlement is fair and reasonable to those settlement class members. The Court approves the releases of claims contained in the parties' settlement agreement with respect to these individuals, which includes a release of claims under the Fair Labor Standards Act.

2. The Court approves the enhanced payment to the named Plaintiff Robin Dolgin as set forth in the parties' settlement agreement. Plaintiff took the risk in bringing this lawsuit, took a lead role in it, and assisted in its resolution.

3. Plaintiff's Unopposed Motion for Attorneys' Fees is hereby GRANTED.

Dated this 7th day of May 2014.

*E. Richard Webber*
United States Senior District Court Judge